UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA HAMAN,
    *Plaintiff*,

v.

ANDREW M. SAUL, *Commissioner of the Social Security Administration*,
    *Defendant*.

No. 3:17-cv-1752 (VAB)

**ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

On March 27, 2019, the Court granted in part and denied in part the motion for judgment on the pleadings filed by Melissa Haman ("Plaintiff"), granting her motion with respect to the then-Acting Commissioner's Step Five finding, vacating the decision denying her claim for Title II disability benefits, and remanding the action to the Acing Commissioner for rehearing and further proceedings. Ruling and Order, dated Mar. 27, 2019, ECF No. 35.

On March 29, 2019, the Clerk of the Court entered judgment for Ms. Haman. Judgment, dated Mar. 29, 2019, ECF No. 36.

On June 17, 2019, Ms. Haman moved for attorney's fees in the amount of $6,203.81 under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Motion for Attorney Fees, dated June 17, 2019, ECF No. 37. Her motion was timely. *See id.* at 1.

On July 9, 2019, Ms. Haman filed a joint stipulation with the Commissioner of the Social Security Administration for allowance of fees under the EAJA in the amount of $6,100. *See* Stipulation, filed Jul. 9, 2019, ECF No. 38.

Plaintiff's motion for attorney's fees is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $6,100 under the EAJA.

If Plaintiff has agreed to transfer her rights to EAJA fees to her attorney and owes no debt that is subject to offset under the Treasury Offset Program, these fees may be paid to Plaintiff's counsel directly.

**SO ORDERED** at Bridgeport, Connecticut, this 16th day of August, 2019.

    /s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE